# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID COBIANCHI<br><br>        Defendant. | **ORDER**<br><br>Crim. No. 2:05-447 (WHW) |

**Walls, Senior District Judge**

Defendant, David Cobianchi, has submitted a letter to the Court asking for early termination of his supervised release.

After considering submissions filed by the defendant and the United States Probation Office,

It is, on this 14th day of March, 2012:

ORDERED that defendant's request for early termination of supervised release is DENIED.

                                            **s/ William H. Walls**

                                            United States Senior District Judge